374 A.2d 715

Commonwealth ex rel. Weiser v. Weiser, Appellant.

Argued March 22, 1977. Paul Matzko, with him Krusen, Evans & Byrne, for appellant; Marvin Comisky, with him Norman Perlberger, for appellee.

Order affirmed.